IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVELYN FREEMAN, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 1:08CV154-SRW |
| | ) |
| STERLING JEWELERS, INC., et al., | ) |
| | ) |
|    Defendants. | ) |

## **ORDER**

This case is before the court on the defendants' motion to stay and compel arbitration, filed March 12, 2008 (Doc. # 2). Upon consideration of the motion, it is

ORDERED that plaintiff is DIRECTED to file a response to the motion on or before **April 3, 2008**.

It is further ORDERED that the parties are requested to provide courtesy copies of the motion, briefs and any documents filed in support of or in opposition to the motion to the court in chambers on or before **April 8, 2008.**

DONE, this 13th day of March, 2008.

                                                  /s/ Susan Russ Walker
                                                SUSAN RUSS WALKER
                                                UNITED STATES MAGISTRATE JUDGE