IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

2008 MAR 14  A 10: 02

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| EVELYN FREEMAN, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:08-CV-154-SRW |
| ) | |
| STERLING JEWELERS, INC., A ) | |
| CORPORATION, OTHERWISE ) | |
| IDENTIFIED AS KAY JEWELERS, ) | |
| LOCATION NUMBER 271, DOTHAN) | |
| ALABAMA, AMY GOLDEN, ) | |
| ROBYNEE KNEW, JOHN DOE, ) | |
| RICHARD ROE, et al., ) | |

**MOTION FOR ADMISSION PRO HAC VICE**

COMES NOW, Defendants Sterling Jewelers Inc., Amy Golden, and Robynee Knew ("Defendants") and pursuant to Rule 83.1(b) of the Local Rules of Court, respectfully move the Court to allow David E. Block, Esq., member in good standing of the State Bar of Florida, to appear *pro hac vice* as attorney for the Defendants in the above-captioned case. A Certificate of Good Standing from the United States District Court for the Southern District of Florida for Mr. Block is attached as Exhibit A. A check in the amount of $ 50.00 is being simultaneously mailed to the Court via overnight mail. In support of this Motion, Defendants state:

David E. Block is affiliated with the firm of Jackson Lewis, LLP in Miami, Florida. The office address is: One Biscayne Tower, 2 South Biscayne Blvd., Suite 3500, Miami, FL 33131 (305)-577-7600. Applicant David Block is licensed to practice

law in the State of Florida and is a member in good standing with the Florida Bar. Mr. Block is admitted to practice in the following courts: (1) Southern, Middle and Northern District Courts of Florida where he regularly practices law; (2) Connecticut District Court; (3) Maryland District Court; (4) Northern, Southern, Eastern and Western District Courts of New York; (5) 2nd, 4th, 5th and 11th Circuit Courts of Appeals; and (6) the United States Supreme Court. Mr. Block certifies that he has obtained and is familiar with the Local Rules of this Court.

WHEREFORE Defendants respectfully request that this Court enter and Order allowing David E. Block to appear *pro hac vice* for the purpose of representing Sterling in this matter. A proposed Order is attached hereto.

Respectfully submitted,

*/s/ Mieke A. Hemstreet*

Mieke A. Hemstreet (ASB-9100-I69H)
Direct Dial: (205) 332-3115
hemstrem@jacksonlewis.com
**Jackson Lewis LLP**
First Commercial Bank Building
800 Shades Creek Parkway, Ste. 870
Birmingham, Alabama 35209
Fax: (205) 332-3131

David Block (FSB
Phone: (305) 577-7600
blockd@jacksonlewis.com
**Jackson Lewis LLP**
One Biscayne Tower
2 Biscayne Blvd., Suite 3500
Miami, Florida 33131
Fax (305) 373-4466

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing by U.S. Mail and/or electronically on this the 12th day of March, 2008 to the following counsel of record:

John E. Byrd, Esq.
Joseph W. Lewis, Esq.
P.O. Box 536
Dothan, Alabama  36302
***Attorneys for Plaintiff, Evelyn Freeman***

                                         */s/ Michele A. Hemstreet*
                                         Of Counsel

# EXHIBIT A

AO 136
(Rev. 6/82)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



**CERTIFICATE OF GOOD STANDING**

UNITED STATES OF AMERICA  }   Fla. Bar. # **108820**
SOUTHERN DISTRICT OF FLORIDA

I, **STEVEN M. LARIMORE**,   Clerk of the United States District Court
for the Southern District of Florida,

DO HEREBY CERTIFY that   *David E. Block*   was duly admitted to practice in said

Court on **07/18/97**, and is in good standing as a member of the bar of this Court.

Dated at: **Miami, Florida**, this March 7, 2008.

STEVEN M. LARIMORE
Court Administrator • Clerk of Court

By _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DITRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVELYN FREEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:08cv154-SRW |
| v. ) | Case No. ~~2:08-CV-0357-RDP~~ |
| ) | |
| STERLING JEWELERS, INC., A ) | |
| CORPORATION, OTHERWISE ) | |
| IDENTIFIED AS KAY JEWELERS, ) | |
| LOCATION NUMBER 271, DOTHAN ) | |
| ALABAMA, AMY GOLDEN, ) | |
| ROBYNEE KNEW, JOHN DOE, ) | |
| RICHARD ROE, et al., ) | |

**ORDER GRANTING DEFENDANT'S MOTION
FOR PRO HAC VICE ADMISSION OF COUNSEL**

Upon the Motion by Defendant in the above-styled action that David E. Block be admitted *pro hac vice* in the above-captioned matter, it is hereby **ORDERED** that the Motion be **GRANTED**.

This _____ day of _____, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE

```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004319
Cashier ID: brobinso
Transaction Date: 03/14/2008
Payer Name: JACKSON LEWIS
------------------------------------
PRO HAC VICE
 For: DAVID E BLOCK
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $50.00
------------------------------------
CHECK
 Check/Money Order Num: 1131
 Amt Tendered:  $50.00
------------------------------------
Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00

1:08-CV-154
```