IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

2008 MAR 14  A 10: 02

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| EVELYN FREEMAN, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:08-CV-154-SRW |
| ) | |
| STERLING JEWELERS, INC., A ) | |
| CORPORATION, OTHERWISE ) | |
| IDENTIFIED AS KAY JEWELERS, ) | |
| LOCATION NUMBER 271, DOTHAN ) | |
| ALABAMA, AMY GOLDEN, ) | |
| ROBYNEE KNEW, JOHN DOE, ) | |
| RICHARD ROE, et al., ) | |

### MOTION FOR ADMISSION PRO HAC VICE

COMES NOW, Defendants Sterling Jewelers Inc., Amy Golden, and Robynee Knew ("Defendants") and pursuant to Rule 83.1(b) of the Local Rules of Court, respectfully move the Court to allow David E. Block, Esq., member in good standing of the State Bar of Florida, to appear *pro hac vice* as attorney for the Defendants in the above-captioned case. A Certificate of Good Standing from the United States District Court for the Southern District of Florida for Mr. Block is attached as Exhibit A. A check in the amount of $ 50.00 is being simultaneously mailed to the Court via overnight mail. In support of this Motion, Defendants state:

David E. Block is affiliated with the firm of Jackson Lewis, LLP in Miami, Florida. The office address is: One Biscayne Tower, 2 South Biscayne Blvd., Suite 3500, Miami, FL 33131 (305)-577-7600. Applicant David Block is licensed to practice

## MOTION GRANTED

THIS 17TH DAY OF March, 2008

_____
UNITED STATES MAGISTRATE JUDGE