## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DITRICT OF ALABAMA
## SOUTHERN DIVISION

EVELYN FREEMAN,                    )
                                   )
      Plaintiff,            )
                                   )
    v.                          )     Case No.  1:08-CV-154-SRW
                                   )
STERLING JEWELERS, INC., A    )
CORPORATION, OTHERWISE    )
IDENTIFIED AS KAY JEWELERS,)
LOCATION NUMBER 271,        )
DOTHAN ALABAMA, AMY        )
GOLDEN, ROBYNEE KNEW,      )
JOHN DOE, RICHARD ROE,      )
et al.,                                   )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Amy Golden, a defendant in the above-captioned matter, and in accordance with the order of this Court and makes the following disclosure concerning any possible conflict reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1.    Defendant, Amy Golden, 6645 County Road 28, Slocomb, Alabama 36375, is an individual and is not subject to any parent companies, subsidiaries, etc., requested by this Honorable Court.

This 26th day of March, 2008.

*/s/ Mieke A. Hemstreet*
Mieke A. Hemstreet (ASB-9100-I69H)
JACKSON LEWIS LLP
First Commercial Bank Building
800 Shades Creek Parkway
Suite 870
Birmingham, Alabama  35209
Telephone:  205-332-3115
Facsimile:   205-332-3131
e-mail:        hemstrem@jacksonlewis.com

David E. Block (FSB-108820)
(Admitted Pro Hac Vice)
JACKSON LEWIS LLP
One Biscayne Tower
2 Biscayne Blvd., Suite 3500
Miami, Florida  33131
Telephone:  305-577-7600
blockd@jacksonlewis.com
Facsimile:  305-373-4466

***Attorneys for Defendants, Sterling Jewelers, Inc., Amy Golden and Robynne Knew***

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing by U.S. Mail and/or electronically on this the 26th day of March, 2008 to the following counsel of record:

John E. Byrd, Esq.
Joseph W. Lewis, Esq.
P.O. Box 536
Dothan, Alabama  36302
***Attorneys for Plaintiff, Evelyn Freeman***

*/s/ Mieke A. Hemstreet*
Of Counsel

- 2 -