# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **EVELYN FREEMAN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 1:08-CV-154-SRW |
| | ) |
| **STERLING JEWELERS, INC., A** | ) |
| **CORPORATION, OTHERWISE** | ) |
| **IDENTIFIED AS KAY JEWELERS,** | ) |
| **LOCATION NUMBER 271, DOTHAN** | ) |
| **ALABAMA, AMY GOLDEN,** | ) |
| **ROBYNEE KNEW, JOHN DOE,** | ) |
| **RICHARD ROE, et al.,** | ) |

_____

## DEFENDANT STERLING JEWELERS'
## CORPORATE DISCLOSURE STATEMENT
_____

In accordance with Federal Rule of Civil Procedure 7.1, defendant Sterling Jewelers, Inc. discloses that it is a wholly owned subsidiary of Signet Group plc, incorporated in the State of Delaware.

        */s/ Mieke A. Hemstreet*
        Mieke A. Hemstreet (ASB-9100-I69H)
        JACKSON LEWIS LLP
        First Commercial Bank Building
        800 Shades Creek Parkway
        Suite 870
        Birmingham, Alabama 35209
        Telephone: 205-332-3115
        Facsimile: 205-332-3131
        e-mail: hemstrem@jacksonlewis.com

David E. Block (FSB-108820)
(Admitted Pro Hac Vice)
JACKSON LEWIS LLP
One Biscayne Tower
2 Biscayne Blvd., Suite 3500
Miami, Florida  33131
Telephone:  305-577-7600
blockd@jacksonlewis.com
Facsimile:  305-373-4466

***Attorneys for Defendants, Sterling Jewelers, Inc., Amy Golden and Robynne Knew***

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing by U.S. Mail and/or electronically on this the 26th day of March, 2008 to the following counsel of record:

John E. Byrd, Esq.
Joseph W. Lewis, Esq.
P.O. Box 536
Dothan, Alabama  36302
***Attorneys for Plaintiff, Evelyn Freeman***

                                  */s/ Mieke A. Hemstreet*
                                  Of Counsel