IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
CIVIL _____ DIVISION

EVELYN FREEMAN
_____,  )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )   CASE NO. 1:08-cv-154
                                     )
STERLING JEWELERS, INC., et al       )
_____,  )
                                     )
        Defendants,                  )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Evelyn Freeman, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|   |   |
|   |   |
|   |   |

3/26/2008
Date

\s\Joseph W. Lewis
(Signature)

Joseph W. Lewis
(Counsel's Name)

EVELYN FREEMAN
Counsel for (print names of all parties)

P.O. Box 536
Dothan, Alabama
Address, City, State Zip Code

334-794-0759
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
CIVIL _____ DIVISION

## CERTIFICATE OF SERVICE

I, Joseph W. Lewis _____, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail and U.S. Mail _____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 26th day of Marth 2008 to:

Honorable Mieke A. Hemstreet, First Commercial Bank Building, 800 Shades Creek Parkway, Suite 870, Birmingham, Alabama 35209

Honorable David Block, One Biscayne Tower, 2 Biscayne Blvd., Suite 3500, Miami, Florida 33131

3/26/2008
Date

\s\ Joseph W. Lewis
Signature