IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVELYN FREEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:08CV154-SRW |
| | ) |
| STERLING JEWELERS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

For good cause, it is

ORDERED that defendants are DIRECTED to file a reply brief to plaintiff's response (Doc. # 12) on or before April 13, 2008.

Done, this 3rd day of April, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE