IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVELYN FREEMAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:08cv154-SRW |
| ) | |
| STERLING JEWELERS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

For good cause, it is

ORDERED that the court's order (Doc. # 17), entered April 16, 2008, is VACATED.

DONE, this 23rd day of April, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE