IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

EVELYN FREEMAN,                    )
                                   )
    Plaintiff(s),                  )
                                   )
v.                                 )   CIVIL ACTION NO. 1:08-cv-154-SRW
                                   )
STERLING JEWELERS, INC. ET AL.,    )
                                   )
    Defendant(s).                  )

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636©, the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

04/18/08                          /s/ Joseph W. Lewis
Date                              Signature

                                  Joseph W. Lewis
                                  Counsel For (**print** name of all parties)


                                  P.O. Box 536, Dothan, Alabama 36302
                                  Address, City, State Zip Code


                                  (334) 794-0759
                                  Telephone Number

SCANNED

3