IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

__Evelyn Freeman_____,  )
                             )
    Plaintiff(s),            )
                             )
v.                           )  CIVIL ACTION NO. __1:08CV-154-SRW__
                             )
__Sterling Jewlers, Inc.__ et al., )
                             )
    Defendant(s).            )

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

___5/8/09_____        _____
Date                        Signature

                            __Defendants Amy Golden & Robynnee Knew__
                            Counsel For (**print** name of all parties)

                            __800 Shades Creek Parkway, Suite 870,__ Birmingham, AL
                            Address, City, State Zip Code                35209

                            __205-332-3115_____
                            Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.**
**Please mail to:**
**Clerk, United States District Court**
**Post Office Box 711**
**Montgomery, AL 36101**

2