IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| Evelyn Freeman , ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:08CV154-SRW |
| ) | |
| Sterling Jewelers, Inc., ) | |
| ) | |
| Defendant(s). ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_5/7/08_   _Mike A. Hemsheet_
Date         Signature

_Sterling Jewelers, Inc._
Counsel For (**print** name of all parties)

_800 Shadescreek Pkwy, Suite 870, Birmingham, AL_
Address, City, State Zip Code                          35209

_205-332-3115_
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.**
**Please mail to:**
**Clerk, United States District Court**
**Post Office Box 711**
**Montgomery, AL 36101**

2

SCANNED